Certificate Number: 05781-PAM-DE-036314828

Bankruptcy Case Number: 17-00303



05781-PAM-DE-036314828

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 7, 2022</u>, at <u>2:49</u> o'clock <u>PM PST</u>, <u>Susan Bertolotti</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 7, 2022</u>          By:     <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>