United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 17-00303-HWV
Susan M Bertolotti     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1
Date Rcvd: May 09, 2022     Form ID: ntrevtfr     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Susan M Bertolotti, 27 Lilac Drive, Mechanicsburg, PA 17050-3189 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| James H Turner | on behalf of Debtor 1 Susan M Bertolotti pat@turnerandoconnell.com |
| Morris A Scott | on behalf of Creditor PNC Bank National Association mscott@pincuslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Susan M Bertolotti,<br>**Debtor 1** | Chapter 13<br><br>Case No.   1:17−bk−00303−HWV |

## Notice

Notice to Debtor 1:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for Debtor 1 unless a Certification Regarding Domestic Support Obligations is filed. Only Certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be refiled.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2022 |

ntrevtfr(04/18)