United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Susan M Bertolotti  
    Debtor

Case No. 17-00303-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 09, 2022     Form ID: fnldecnd     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan M Bertolotti, 27 Lilac Drive, Mechanicsburg, PA 17050-3189 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 4881219 | + | 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 4877639 | + | Americhoice Federal Credit Union, 20 Sporting Green Drive, Mechanicsburg, PA 17050-2392 |
| 4877640 | + | Asset Acceptance Corp, c/o Fredric I Weinberg Esq, 21 S 21st Street, Philadelphia, PA 19103-3148 |
| 4877642 | | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 4877644 | | Carlisle Regional Medical Center, c/o Allied Interstate, 3000 Corporate Exchange Drive, Columbus, OH 43231-7689 |
| 4877645 | | Carlisle Regional Medical Center, 361 Alexander Spring Road, Carlisle, PA 17015-3661 |
| 4877646 | + | Cumberland Valley Counseling, 1200 Walnut Bottom Road, Suite 311, Carlisle, PA 17015-7766 |
| 4877647 | | Debra Basehore Wiest, Tax Collector, 269 Woods Drive, Mechanicsburg, PA 17050-2635 |
| 4877653 | + | EZ Pass, 7631 Derry Street, Harrisburg, PA 17111-5232 |
| 4877654 | + | EZ Pass, c/o Penn Credit Corp, 916 S 14th Street, Harrisburg, PA 17104-3425 |
| 4877649 | + | Eagleville Hospital, Attn: Patient Billing, 100 Eagleville Road, Eagleville, PA 19403-1800 |
| 4877650 | | East Norriton Phys Services, c/o Mid-Atlantic Credit Corp, PO Box 388, Conshohocken, PA 19428-0388 |
| 4877651 | + | Emergency Care Service of PA, Akron Billing Center, 2620 Ridgewood Road, Suite 300, Akron, OH 44313-3507 |
| 4877655 | | Healthcare Recoveries, PO Box 34060, Dept 4391589, Louisville, KY 40232-4060 |
| 4877656 | + | Holy Spirit Hospital, 205 Grandview Avenue Suite 300, Camp Hill, PA 17011-1704 |
| 4877659 | | Mazzitti Sullivan, National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 4877660 | + | Medical Payment Data, c/o Revenue Collection, PO Box 2103, Mechanicsburg, PA 17055-2103 |
| 4877661 | | Mercy Suburban Radiology, PO Box 822, Philadelphia, PA 19182-2165 |
| 4877664 | + | NJ EZ Pass, RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 4877663 | | New Insights, c/o Tate & Kirlin, 2810 Southapton Road, Philadelphia, PA 19154-1207 |
| 4877665 | + | Orrstown Bank, c/o Commercial Acceptance, PO Box 3268, Camp Hill, PA 17011-3268 |
| 4877668 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 4877666 | + | Pinnacle Health Hospitals, PO Box 2353, Harrisburg, PA 17105-2353 |
| 4877667 | | Pinnacle Health Med Svcs, CBO/PO Box 1286, Harrisburg, PA 17108-1286 |
| 4877671 | + | Sharon Frankel MD, 1800 Linglestown Road, Suite 200, Harrisburg, PA 17110-3343 |
| 4877672 | + | Spirit Physician Services, 503 N 21st Street, Camp Hill, PA 17011-2204 |
| 4877673 | + | Tate & Kirlin Associates, c/o New Insights, 716 State Street, Lemoyne, PA 17043-1536 |
| 4877674 | | UHS of Pennsylvania Inc., 601 Roxbury Road, Shippensburg, PA 17257-9302 |
| 4877677 | + | White Deer Run, c/o Collection Specialists, 335 Gordon Drive, PO Box 339, Lionville, PA 19353-0339 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4877641 | + | Email/Text: EBNProcessing@afni.com | Jun 09 2022 18:48:00 | Bloomingdales, c/o Anderson Financial Network, PO Box 3097, Bloomington, IL 61702-3097 |
| 4877643 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jun 09 2022 18:48:00 | Capital One, c/o Asset Acceptance Corp, PO Box 2036, Warren, MI 48090-2036 |
| 4877648 | + | Email/Text: bknotice@ercbpo.com | Jun 09 2022 18:48:00 | Dish Network, c/o Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 4877652 | + | Email/Text: memberarfinancialtransactions@express-scripts.com | Jun 09 2022 18:48:00 | Express Scripts, 8640 Evans Avenue, Saint Louis, MO 63134-2903 |
| 4877657 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Jun 09 2022 18:48:00 | IRS, Centralized Insolvency Org, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4877658 | + | Email/Text: ebn@unique-mgmt.com | Jun 09 2022 18:48:00 | Joseph T Simpson Public Library, c/o Unique National Collection, 119 E Maple Street, Jeffersonville, IN 47130-3439 |
| 4877669 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2022 18:48:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 4896170 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2022 18:48:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 4917678 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2022 18:48:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 4877670 | + | Email/Text: egssupportservices@alorica.com | Jun 09 2022 18:48:00 | Progressive Insurance, c/o NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 4877675 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 09 2022 18:48:00 | Verizon Bankruptcy Admin.-East, PO Box 3037, Bloomington, IL 61702-3037 |
| 4877676 | | Email/Text: EBNProcessing@afni.com | Jun 09 2022 18:48:00 | Verizon c/o Afni Inc, 404 Brock Drive, PO Box 3097, Bloomington, IL 61702-3097 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4877662 | | Michael Priebe, 1342 Old Willow Mill Road |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| James H Turner | on behalf of Debtor 1 Susan M Bertolotti pat@turnerandoconnell.com |
| Morris A Scott | on behalf of Creditor PNC Bank National Association mscott@pincuslaw.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Susan M Bertolotti, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:17−bk−00303−HWV |

Social Security No.:
xxx−xx−1272

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Susan M Bertolotti** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 9, 2022

**fnldec** (01/22)